No. 95–607. PURMORT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–609. HOPKINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–620. ACTION FOR CHILDREN'S TELEVISION ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 95–695. RIGGIN ET AL. *v.* OFFICE OF SENATE FAIR EMPLOYMENT PRACTICES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–709. FORD MOTOR CO. ET AL. *v.* TEBBETTS, ADMINISTRATRIX OF THE ESTATE OF TEBBETTS. Sup. Ct. N. H. Certiorari denied.

No. 95–716. FERNANDEZ, EXECUTRIX OF THE ESTATE OF POSTON, ET AL. *v.* EMERSON, TRUSTEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–720. INTERNATIONAL ASSOCIATION OF ENTREPRENEURS OF AMERICA BENEFIT TRUST *v.* ANGOFF, DIRECTOR, MISSOURI DEPARTMENT OF INSURANCE. C. A. 8th Cir. Certiorari denied.

No. 95–724. SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 102, ET AL. *v.* COUNTY OF SAN DIEGO. C. A. 9th Cir. Certiorari denied.

No. 95–725. ALFA-LAVAL FOOD & DAIRY CO. ET AL. *v.* BRITZ, INC., ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–733. STEWART *v.* CITY OF LAKE CHARLES, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–734. DONALDSON CO., INC. *v.* NELSON INDUSTRIES, INC. C. A. Fed. Cir. Certiorari denied.